**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION**

---

**KEVIN FLOWERS, On Behalf
of Himself and Other Arkansans
Similarly Situated**

      Plaintiff,

v.

**CAREMARKPCS HEALTH, L.L.C., and
CAREMARKPCS PENNSYLVANIA
MAIL PHARMACY, L.L.C.,**

      Defendants.

Case No.: 4:24-cv-04031-SOH

**CLASS ACTION**

---

**JOINT MOTION TO AMEND AND SCHEDULE CERTAIN DEADLINES**

---

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Parties move to amend and schedule certain deadlines as follows:

1. Based upon the Court's Order granting Plaintiff's Motion for Leave, on September 13, 2024, the Complaint was amended to add CaremarkPCS Health, L.L.C. and CaremarkPCS Pennsylvania Mail Pharmacy, L.L.C. as defendants, and drop Caremark PhC, L.L.C. from the Complaint.

1

2.      Thereafter, the Parties successfully negotiated issues related to the service of the amended pleading as well as issues related to Plaintiff's previously served discovery requests.

3.      On October 4, 2024, Defendants filed an Answer to the Amended Class Action Complaint.  Doc. 48.

4.      Further, Defendants accepted Plaintiff's previously served discovery requests as directed toward them and provided responses to the requests on an expedited basis on October 2, 2024, and produced certain responsive documents on October 2, 2024 and October 4, 2024.

5.      On August 29, 2024, the Court granted the Parties' Joint Motion to Amend the Deadline for Filing Motion for Class Certification (Doc. 37); however, the Parties agree the filing of the Amended Class Certification Complaint, the naming of two new parties as defendants and dismissal of the then-defendant Caremark PhC, L.L.C., and having the new parties respond to the Amended Complaint and pending discovery requests caused the need for the present motion and proposed schedule.

6.      Plaintiff agrees to file its Motion for Class Certification by December 3, 2024, which is 60 days from the Defendants' production of documents.

7.      Defendants will file their response to the Motion for Class Certification by January 17, 2025.

8.      Plaintiff shall file a reply to Defendants' response by February 17, 2025.

9.      Under Rule 16(b)(4), the Court's case management order may be modified for good cause. There is good cause when, even acting diligently, the Parties cannot likely

2

meet the current deadlines in the Case Management Order. *Shank v. Carleton Coll.*, 329 F.R.D. 610, 614 (D. Minn. 2019) ("[W]hile diligence is the primary factor for assessing good cause, nothing limits the Court's broad discretion in establishing and enforcing the deadlines in the scheduling order.").

10.     This Motion to Extend the Deadline comes before the expiration of the deadline to file the Motion for Class Certification, and there is no evidence either Party has "intentionally or carelessly neglected the mandates of the Pretrial Scheduling Order." *Id.*, at 615.

11.     Extending the deadline for filing of a motion for class certification will promote efficiency.

NOW, THEREFORE, for good cause shown, the Parties respectfully request that the Court enter an order setting and extending the following deadlines (the Parties' proposed and Agreed Order will be filed with this motion):

    a. Plaintiff agrees to file its Motion for Class Certification by December 3, 2024, which is 60 days from the Defendants' production of documents.

    b. Defendants will file their response to the Motion for Class Certification by January 17, 2025.

    c. Plaintiff shall file a reply to Defendants' response by February 17, 2025.

PLAINTIFF                                      DEFENDANTS


By: */s/ Rodney P. Moore*                      By: */s/ Carter Fairley*
Scott Poynter, AR Bar. 09077                   J. Carter Fairley
Daniel Holland, AR Bar. 2019237                **BARBER LAW FIRM PLLC**
Clay Ellis, AR Bar. 2023183                    425 W. Capitol Avenue, Suite 3400
Scout Sanders Snowden                          Little Rock, AR 72201
**POYNTER LAW GROUP**                          (501) 372-6175
4924 Kavanaugh Blvd.                           cfairley@barberlawfirm.com
Little Rock, AR 72207
(501) 812-3943                                 Frank Pasquesi (pro hac vice)
scott@poynterlawgroup.com                      Samantha Saddler (pro hac vice)
daniel@poynterlawgroup.com                     **FOLEY & LARDNER LLP**
clay@poynterlawgroup.com                       321 North Clark Street, Suite 3000
scout@poynterlawgroup.com                      Chicago, Illinois 60654
                                               Telephone: (312) 832-4500
Rodney P. Moore                                fpasquesi@foley.com
Jessica P. Koehler                             ssaddler@foley.com
**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Ave., Suite 2300              Michael D. Leffel (pro hac vice)
Little Rock, AR 72201                           **FOLEY & LARDNER LLP**
(501) 212-1324                                 150 East Gilman Street, Suite 5000
rpmoore@wlj.com                                Madison, Wisconsin 53703
jkoehler@wlj.com                               Telephone: (608) 258-4216
                                               mleffel@foley.com
*Counsel for Plaintiff and the Proposed Class*
                                               Natalie F. Pike (pro hac vice)
                                               **FOLEY & LARDNER LLP**
                                               777 E Wisconsin Ave,
                                               Milwaukee, Wisconsin 53202
                                               Telephone: (414) 297-4916
                                               natalie.pike@foley.com

                                               *Counsel for Defendants CaremarkPCS Health,*
                                               *L.L.C. and CaremarkPCS Pennsylvania Mail*
                                               *Pharmacy, L.L.C.*

## [PROPOSED] ORDER

The Court, having considered the Parties' Joint Motion to Extend the Deadline for Filing Motion for Class Certification finds there is good cause to modify the Court's August 29, 2024, Order Granting Motion for Extension of Time, and the Motion is GRANTED. The Court **HEREBY ORDERS** as follows:

d. On or before December 3, 2024, Plaintiff will file its Motion for Class Certification.

e. On or before January 17, 2025, Defendants will file their response to the Motion for Class Certification.

f. On or before February 17, 2025, Plaintiff shall file a reply to Defendants' response.

IT IS SO ORDERED.

DATE: _____

_____
HON. SUSAN O. HICKEY
CHIEF UNITED SATES DISTRICT JUDGE