IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KEVIN FLOWERS, individually and on
Behalf of himself and all others similarly
situated                                                                                                    PLAINTIFF

v.                                        Case No. 4:24-cv-4031

CAREMARKPCS HEALTH, L.L.C.
and CAREMARKPCS PENNSYLVANIA
MAIL PHARMACY, L.L.C.
d/b/a CVS CAREMARK                                                                      DEFENDANT

## ORDER

Before the Court is a Stipulation to Dismissal of Count I of Second Amended Class Action Complaint. ECF No. 69. The parties stipulate that Count I (violation of the Arkansas Unfair Practices Act, Ark. Code. Ann. § 4-75-201 *et seq.*) of the Second Amended Class Action Complaint should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court notes, however, that Rule 41 cannot be used to dismiss part of a lawsuit, but only an action in its entirety. *See Perry v. Schumacher Grp. of La.*, 891 F.3d 954, 958 (11th Cir. 2018). Thus, the Court construes the instant Stipulation of Dismissal as a Motion to Dismiss Count I filed by Defendant under Federal Rule of Civil Procedure 12(b)(6), and, consistent with the parties' intent, the Court **GRANTS** that motion and dismisses Count I with prejudice. *See Brooks. v. Am. Fam. Ins. Co.*, No. 21-CV-95 CJW-MAR, 2022 WL 17475775 (N.D. Iowa Dec. 6, 2022).

**IT IS SO ORDERED**, this 6th day of February, 2025.

                                            /s/ Susan O. Hickey
                                            Susan O. Hickey
                                            Chief United States District Judge